IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| MICHAEL & HEATHER ROBERSON | ) | CHAPTER: | 13 |
| SSN: XXX-XX-7210; XXX-XX-2921 | ) | CASE NO.: | 12-09358 |
| 1022 BILLS LANE | ) | JUDGE: | HARRISON |
| JOELTON TN 37080-4725 | ) | | |
| | ) | | |
| Debtor | ) | | |

NOTICE OF CONVERSION PURSUANT TO 11 USC §1307(a)

Comes the debtor, through counsel, and pursuant to 11 USC §1307(a), and Rule 1017, Federal Rules of Bankruptcy Procedure, gives notice of the conversion of this Chapter 13 case to a Chapter 7 case.

Respectfully submitted,

*/s/ Edgar M. Rothschild, III*
EDGAR M. ROTHSCHILD, III
Attorney for Debtors
1222 16th Ave S Ste 12
Nashville TN 37212-2926
(615) 242-3996 telephone
(615) 242-2003 facsimile
notice@rothschildbklaw.com

CERTIFICATE OF SERVICE

I certify that on this 10th day of May, 2013, I mailed via 1st Class USPS mail/e-mailed a copy of the foregoing to the Chapter 13 Trustee, P. O. Box 340019, Nashville, TN 37203-0019; to the Office of the U. S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; and to the debtors at the above referenced address.

*/s/ Edgar M. Rothschild, III*
EDGAR M. ROTHSCHILD, III

EMR/sfm